D+7

DEC 12 2005

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HARVEY LEIBOWITZ,

               Plaintiff,

- v-

GREATER NEW YORK COUNCILS,

               Defendant.
-------------------------------------------------------X

ORDER

CV 05-1404 (ERK)(VVP)

By Order dated October 21, 2005 (attached), a conference was scheduled for December 1, 2005 at 10:00 a.m. Neither, plaintiff's counsel nor defense counsel appeared at the above mentioned conference. The conference has been rescheduled to **January 10, 2006 at 11:00 a.m.** All parties are directed to report to Room 521 at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Counsel for all parties must attend. Failure by plaintiff's counsel to attend the conference could lead to dismissal of this action for want of prosecution.

Requests for adjournments must be made in writing on notice to opposing parties. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

               **SO ORDERED:**

               s/Viktor Pohorelsky
               VIKTOR V. POHORELSKY
               United States Magistrate Judge

Dated: Brooklyn, New York
       December 7, 2005

**NOTE:**     **PLAINTIFF'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL COUNSEL AND TO INSURE THAT ALL NECESSARY PARTIES ARE AWARE OF THIS CONFERENCE.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HARVEY LEIBOWITZ,

                      Plaintiff,

                      **ORDER**

-against-

                      CV 05-1404 (ERK)(VVP)

GREATER NEW YORK COUNCILS,

                      Defendant.
-----------------------------------------------------------X

**PLAINTIFF'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL COUNSEL AND TO INSURE THAT ALL NECESSARY PARTIES ARE AWARE OF THE CONFERENCE SCHEDULED BELOW**

     An initial conference will be held in this case on **December 1, 2005** at **10:00 a.m.** before Viktor V. Pohorelsky, United States Magistrate Judge. All participants are directed to report to Room 521 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

     All requests for adjournments must be made in writing on notice to opposing parties. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

     The parties are reminded of their obligations under Rule 26(f) of The Federal Rules of Civil Procedure, and all parties are directed to make the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than *__five days before__* the above scheduled conference.

     **Failure to make the required disclosures may result in the imposition of sanctions pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.**

                                    **SO ORDERED.**

                                    *Viktor V. Pohorelsky*
                                  VIKTOR V. POHORELSKY
                                  United States Magistrate Judge

Dated: Brooklyn, New York
        October 21, 2005

*attachment*